**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter **11**

☐ Check if this an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **4312 Kennedy Blvd LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **85-0723955** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4312 Kennedy Blvd.** <br> **Union City, NJ 07087** <br> Number, Street, City, State & ZIP Code | **7855 Boulevard East, Apartment 16B** <br> **North Bergen, NJ 07047** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hudson** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    __4312 Kennedy Blvd LLC__                                          Case number *(if known)* _____
                Name

| | |
|---|---|
| **7.  Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    __4312 Kennedy Blvd LLC__                                          Case number (*if known*) _____
　　　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 – $50 million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |

Debtor    **4312 Kennedy Blvd LLC**                                          Case number (*if known*) _____
Name

☐ $50,001 - $100,000           ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **4312 Kennedy Blvd LLC** | Case number (if known) | |
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **6/5/23**
                MM / DD / YYYY

X    X _Betty Davis_                                    **Betty Davis**
     Signature of authorized representative of debtor        Printed name

Title    **Betty Davis, Manager**

---

**18. Signature of attorney**

X _____                     Date    **6/5/23**
Signature of attorney for debtor                      MM / DD / YYYY

**Jay L. Lubetkin**
Printed name

**Rabinowitz, Lubetkin & Tully, LLC**
Firm name

**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
Number, Street, City, State & ZIP Code

Contact phone    **973-597-9100**          Email address

**20245 NJ**
Bar number and State

---

## UNANIMOUS CONSENT
## OF MEMBERS OF 4312 KENNEDY BLVD LLC

I, Betty Davis, the manager of 4312 Kennedy Blvd LLC (the "Company"), hereby

confirm the adoption of the Company of the following resolutions:

BE IT RESOLVED that the Company is authorized to institute a
Subchapter V, Chapter 11 bankruptcy filing in the United States Bankruptcy
Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain
the firm of Rabinowitz, Lubetkin & Tully, LLC to act as its bankruptcy counsel in
connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this 5th

day of June, 2023.

X _____
Betty Davis
*Manager of 4312 Kennedy Blvd LLC*

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>4312 Kennedy Blvd LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEW JERSEY</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ___

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___6/5/23___     X _Betty Davis_
　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

**Betty Davis**
Printed name

**Betty Davis, Manager**
Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | 4312 Kennedy Blvd LLC |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A Plus Pest Management Inc. 559 Palisade Ave. Jersey City, NJ 07307 | | | | | | $111.56 |
| AI Capital Partners LLC 3382 155th Street Flushing, NY 11354 | | 4314 Kennedy Blvd. Union City, NJ 07087 Block 254 Lot 25 As per June 15, 2022 Appraisal $300,000 | | $929,939.10 | Unknown | Unknown |
| AI Capital Partners LLC 3382 155th Street Flushing, NY 11354 | | 4312 Kennedy Blvd. Union City, NJ 07087 Block 254 Lot 25 As per June 15, 2022 Appraisal $990,000 | | $684,825.07 | Unknown | Unknown |
| AI Capital Partners LLC 3382 155th Street Flushing, NY 11354 | | 4316 Kennedy Blvd. Union City, NJ 07087 Block 254 Lot 24 As per June 15, 2022 Appraisal $220,000 | | $929,939.00 | Unknown | Unknown |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | NOTICE ONLY | | | | $0.00 |

| Debtor | 4312 Kennedy Blvd LLC | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| New Jersey Attorney General Office Division of Law Richard J. Hughes Justice Complex 25 Market Street, P.O. Box 112 Trenton, NJ 08625 | | NOTICE ONLY | | | | $0.00 |
| New Jersey Division of Taxation Compliance and Enforcement 3 John Fitch Way, 5th Floor PO Box 245 Springfield, NJ 08695 | | NOTICE ONLY | | | | $0.00 |
| PSE&G PO Box 14444 New Brunswick, NJ 08906-4444 | | | | | | $0.00 |
| Security Equipment Services PO Box 1012 Union City, NJ 07087 | | | | | | $160.00 |
| Small Business Administration PO Box 3918 Portland, OR 97208-3918 | | | Disputed | | | $67,000.00 |
| State of New Jersey Department of Community Affairs PO Box 810 Trenton, NJ 08625 | | | Disputed | | | $7,136.00 |
| United States Attorney Peter Rodino Federal Building 970 Broad Street, Suite 700 Newark, NJ 07102 | | NOTICE ONLY | | | | $0.00 |
| United States Attorney General United States Department of Justice Ben Franklin Station Washington, DC 20044 | | NOTICE ONLY | | | | $0.00 |

Debtor  __4312 Kennedy Blvd LLC_____          Case number *(if known)*  _____
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Veolia 69 Devoe Pl Hackensack, NJ 07601 | | | | | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **4312 Kennedy Blvd LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **UNKNOWN**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **10,433.94**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **UNKNOWN**

**Part 2:**    Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **2,558,163.06**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................    +$    **74,407.56**

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b                                                    $    **2,632,570.62**

**Fill in this information to identify the case:**

Debtor name     4312 Kennedy Blvd LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
      Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

      **M&T Bank**
      **7533 Bergenline Ave.**          **Checking (Bank account**
3.1.  **North Bergen, NJ 07047**        **in name of member)** _____   _____        **$10,433.94**

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                          **$10,433.94**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11b. Over 90 days old:        **80,000.00**    -    **80,000.00**  =....                **$0.00**
                                      face amount           doubtful or uncollectible accounts

Debtor    __4312 Kennedy Blvd LLC_____    Case number *(if known)* _____
       Name

| 12. | **Total of Part 3.** | | | | $0.00 |
|---|---|---|---|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures** <br> __Miscellaneous fixtures in 3 buildings__ | $0.00 | | $0.00 |

**41.**    **Office equipment, including all computer equipment and communication systems equipment and software**

**42.**    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| **43.** | **Total of Part 7.** | | $0.00 |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    __4312 Kennedy Blvd LLC_____     Case number *(If known)* _____
          Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **4314 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 25**<br>**As per June 15, 2022**<br>**Appraisal $300,000** | | Unknown | Appraisal | Unknown |
| 55.2.  **4312 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 25**<br>**As per June 15, 2022**<br>**Appraisal $990,000** | | Unknown | Appraisal | Unknown |
| 55.3.  **4316 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 24**<br>**As per June 15, 2022**<br>**Appraisal $220,000** | | Unknown | Appraisal | Unknown |

56.    **Total of Part 9.**                                                                        | Unknown |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Debtor    __4312 Kennedy Blvd LLC_____    Case number *(If known)* _____
          Name

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Possible fraudulent transfer and mismanagement
       claims against
       James Davis
       120 Second Street
       South Orange, NJ 07079**                                         **Unknown**
       Nature of claim        _____
       Amount requested       _____$0.00_____

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                            | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    __4312 Kennedy Blvd LLC_____     Case number *(if known)* _____
          Name

| **Part 12:** | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,433.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...................................> | | UNKNOWN |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,433.94 | + 91b. UNKNOWN |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | UNKNOWN |

**Fill in this information to identify the case:**

Debtor name **4312 Kennedy Blvd LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1    AI Capital Partners LLC**
Creditor's Name

3382 155th Street
Flushing, NY 11354
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. AI Capital Partners LLC
2. North Hudson Sewerage Authority**

**Describe debtor's property that is subject to a lien**
**4314 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 25**
**As per June 15, 2022 Appraisal $300,000**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$929,939.10**
Value of collateral: **Unknown**

**2.2    AI Capital Partners LLC**
Creditor's Name

3382 155th Street
Flushing, NY 11354
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**4312 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 25**
**As per June 15, 2022 Appraisal $990,000**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No

Amount of claim: **$684,825.07**
Value of collateral: **Unknown**

Debtor    4312 Kennedy Blvd LLC
_____
Name                                        Case number (if known) _____

Last 4 digits of account number

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. AI Capital Partners LLC | ☐ Disputed |
| 2. North Hudson Sewerage Authority | |

---

**2.3** | **AI Capital Partners LLC**
Creditor's Name

Describe debtor's property that is subject to a lien          $929,939.00          Unknown

**4316 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 24**
**As per June 15, 2022 Appraisal $220,000**

3382 155th Street
Flushing, NY 11354
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known          ☑ No
                                            ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred          ☑ No
                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| 1. AI Capital Partners LLC | ☐ Disputed |
| 2. North Hudson Sewerage Authority | |

---

**2.4** | **North Hudson Sewerage Authority**
Creditor's Name

Describe debtor's property that is subject to a lien          $708.00          Unknown

**4312 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 25**
**As per June 15, 2022 Appraisal $990,000**

1600 Adams St.
Hoboken, NJ 07030
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known          ☑ No
                                            ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred          ☑ No
                                ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?          As of the petition filing date, the claim is: Check all that apply

---

Debtor    **4312 Kennedy Blvd LLC**    Case number (if known) _____
Name

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **North Hudson Sewerage Authority** | Describe debtor's property that is subject to a lien | $1,070.00 | Unknown |

Creditor's Name

1600 Adams St.
Hoboken, NJ 07030

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**4314 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 25**
**As per June 15, 2022 Appraisal $300,000**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **North Hudson Sewerage Authority** | Describe debtor's property that is subject to a lien | $656.00 | Unknown |

Creditor's Name

1600 Adams St.
Hoboken, NJ 07030

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**4316 Kennedy Blvd.**
**Union City, NJ 07087**
**Block 254**
**Lot 24**
**As per June 15, 2022 Appraisal $220,000**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Union City Tax Collector** | Describe debtor's property that is subject to a lien | $4,341.83 | $0.00 |

---

Debtor    **4312 Kennedy Blvd LLC**
_____    Case number (if known) _____
        Name

| Creditor's Name | |
|---|---|
| | **4312 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 25**<br>**As per June 15, 2022 Appraisal** |
| **3715 Palisade Ave.**<br>**Union City, NJ 07087** | |
| Creditor's mailing address | |
| | **Describe the lien** |
| | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.8 | **Union City Tax Collector** | | **$3,215.24** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | **4314 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 25**<br>**As per June 15, 2022 Appraisal** | | |
| | **3715 Palisade Ave.**<br>**Union City, NJ 07087** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its priority. | ☐ Unliquidated<br>☐ Disputed | | |

---

| 2.9 | **Union City Tax Collector** | | **$3,468.82** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | | |
| | | **4316 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br>**Lot 24**<br>**As per June 15, 2022 Appraisal** | | |
| | **3715 Palisade Ave.**<br>**Union City, NJ 07087** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |

Debtor    **4312 Kennedy Blvd LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$2,558,163.06** |

## Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Edwin T. Brondo, Jr., Esq.<br>Newman, Simpson & Cohen LLP<br>Court Plaza North<br>25 Main Street, 6th Floor<br>Hackensack, NJ 07601 | Line **2.1** | |
| Edwin T. Brondo, Jr., Esq.<br>Newman, Simpson & Cohen LLP<br>Court Plaza North<br>25 Main Street, 6th Floor<br>Hackensack, NJ 07601 | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name   **4312 Kennedy Blvd LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**New Jersey Attorney General
Office
Division of Law
Richard J. Hughes Justice
Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor   **4312 Kennedy Blvd LLC**                                    Case number (if known) _____
_____
Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**New Jersey Division of Taxation**
**Compliance and Enforcement**
**3 John Fitch Way, 5th Floor**
**PO Box 245**
**Springfield, NJ 08695**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**United States Attorney**
**Peter Rodino Federal Building**
**970 Broad Street, Suite 700**
**Newark, NJ 07102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |

**United States Attorney General**
**United States Department of**
**Justice**
**Ben Franklin Station**
**Washington, DC 20044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $111.56 |

**A Plus Pest Management Inc.**
**559 Palisade Ave.**
**Jersey City, NJ 07307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 4312 Kennedy Blvd LLC | | Case number (if known) |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.00 |
|---|---|---|---|

**Security Equipment Services**
PO Box 1012
Union City, NJ 07087

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,000.00 |
|---|---|---|---|

**Small Business Administration**
PO Box 3918
Portland, OR 97208-3918

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,136.00 |
|---|---|---|---|

**State of New Jersey**
**Department of Community Affairs**
PO Box 810
Trenton, NJ 08625

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Veolia**
69 Devoe Pl
Hackensack, NJ 07601

Date(s) debt was incurred _

Last 4 digits of account number  2222

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Eamonn J. O'Hagan, Esq.<br>United States Attorney's Office - Newark<br>970 Broad Street<br>Room 700<br>Newark, NJ 07102-2534 | Line  3.4<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Small Business Administration<br>2 North 20th Street<br>Suite 320<br>Birmingham, AL 35203 | Line  3.4<br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 74,407.56 |

Debtor    __4312 Kennedy Blvd LLC_____    Case number (if known) _____
            Name

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                                          5c.    $ _____74,407.56

**Fill in this information to identify the case:**

Debtor name    **4312 Kennedy Blvd LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Loan Agreements** | |
|---|---|---|---|
| | State the term remaining | | **Al Capital Partners LLC**<br>**3382 155th Street**<br>**Flushing, NY 11354** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease - Commercial Space**<br>**4316 Kennedy Blvd.**<br>**Union City, NJ 07087** | |
|---|---|---|---|
| | State the term remaining | | **Beracas Auto Repairs & Tires, LLC**<br>**121 41st Street**<br>**Apt. 2**<br>**Union City, NJ 07087** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease**<br>**Apartment 3** | |
|---|---|---|---|
| | State the term remaining | | **Carlos Luna**<br>**4312 Kennedy Blvd**<br>**Apartment 3**<br>**Union City, NJ 07087** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease**<br>**Apartment 1** | |
|---|---|---|---|
| | State the term remaining | | **Hidalgo Luviano**<br>**4314 Kennedy Blvd.**<br>**Apartment 1**<br>**Union City, NJ 07087** |
| | List the contract number of any government contract | | |

Debtor 1 __4312 Kennedy Blvd LLC__

First Name    Middle Name    Last Name

Case number *(if known)* _____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Lease Apartment 1 | |
| | State the term remaining | | Hilaria 4312 Kennedy Blvd Apartment 1 Union City, NJ 07087 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease Apartment 2 | |
| | State the term remaining | | Juan Carlos Ambrosio 4312 Kennedy Blvd Apartment 2 Union City, NJ 07087 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | |
| | State the term remaining | | LaGlamerosa Events LLC 4312 Kennedy Blvd. Union City, NJ 07087 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Lease Apartment 2 | |
| | State the term remaining | | Leonardo Espinosa 4314 Kennedy Blvd Apartment 2 Union City, NJ 07087 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Lease Apartment 4 | |
| | State the term remaining | | Marta Pintle 4312 Kennedy Blvd Union City, NJ 07087 |
| | List the contract number of any government contract | | |

Debtor 1  __4312 Kennedy Blvd LLC__                                    Case number (*if known*) _____
　　　　　First Name　　　Middle Name　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

2.10.　State what the contract or　　**Lease**
　　　　lease is for and the nature of　**Apartment 5**
　　　　the debtor's interest

　　　　State the term remaining　　　　　　　　　　　**Morales**
　　　　　　　　　　　　　　　　　　　　　　　　　　**4312 Kennedy Blvd**
　　　　List the contract number of any　　　　　　**Apt. 5**
　　　　　government contract　　_____　**Union City, NJ 07087**

| Fill in this information to identify the case: | |
| --- | --- |
| Debtor name | **4312 Kennedy Blvd LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1: Codebtor* | | *Column 2: Creditor* | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | James Davis | 120 Second Street<br>South Orange, NJ 07079 | AI Capital Partners LLC | ■ D  __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | James Davis | 120 Second Street<br>South Orange, NJ 07079 | AI Capital Partners LLC | ■ D  __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | James Davis | 120 Second Street<br>South Orange, NJ 07079 | Small Business Administration | ☐ D ____<br>■ E/F  __3.4__<br>☐ G ____ |

**Fill in this information to identify the case:**

Debtor name    __4312 Kennedy Blvd LLC__

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business ☐ Other _____ | $48,728.00 |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business ☐ Other _____ | $145,440.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | **A Plus Pest Management Inc.** **559 Palisade Ave.** **Jersey City, NJ 07307** | **Within the last 90 days** | $222.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor    **4312 Kennedy Blvd LLC** _____    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.2. | **Security Equipment Services**<br>**PO Box 1012**<br>**Union City, NJ 07087** | **Within the**<br>**last 90 days** | **$2,119.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **PSE&G**<br>**PO Box 14444**<br>**New Brunswick, NJ 08906-4444** | **Within the**<br>**last 90 days** | **$3,983.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Small Business Administration**<br>**PO Box 3918**<br>**Portland, OR 97208-3918** | **Within the**<br>**last 90 days** | **$375.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **James Davis**<br>**120 Second Street**<br>**South Orange, NJ 07079**<br>**Former Manager** | | **Unknown** | **Unknown amounts of rents**<br>**used for his own expenses.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Al Capital Partners LLC**<br>**3382 155th Street**<br>**Flushing, NY 11354** | **4314 Kennedy Blvd.**<br>**Union City, NJ 07087**<br><br>**4316 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Block 254**<br><br>**4312 Kennedy Blvd.**<br>**Union City, NJ 07087**<br>**Lot 25** | **Filed - Nov.**<br>**17, 2022**<br>**Dismissed**<br>**December 27,**<br>**2022**<br>**Amended**<br>**Complaint**<br>**Filed 5/1/2023** | **Unknown** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    4312 Kennedy Blvd LLC _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | AI CAPITAL PARTNERS VS 4312 KENNEDY BLVD LLC SWC-F-01247-22 | Foreclosure | Superior Court of New Jersey | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **4312 Kennedy Blvd LLC**    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Rabinowitz, Lubetkin & Tully, LLC** **293 Eisenhower Parkway** **Suite 100** **Livingston, NJ 07039** | **Attorney Fees - Retainer; pre-petition billings of $39,388.34 paid in the ordinary course for forbearance and restructuring related services.** | **April 26, 2023** | $59,000.00 |

Email or website address _____

Who made the payment, if not debtor?
**Debtor - Based on infusion from Donna Davis, sister of Betty Davis, Manager**

---

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|
| 14.1. **120 Second Street** **South Orange, NJ 07079** | | **While James Davis was manager** |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    **4312 Kennedy Blvd LLC** _____    Case number *(if known)* _____

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | James Davis 120 Second Street South Orange, NJ 07079 | |
| 26a.2. | Betty Davis 7855 Boulevard East, Apartment 16B North Bergen, NJ 07047 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor   **4312 Kennedy Blvd LLC** _____   Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   Jorge Piney<br>400 44th Street<br>Union City, NJ 07087 | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   James Davis<br>120 Second Street<br>South Orange, NJ 07079 | |
| 26c.2.   Betty Davis<br>7855 Boulevard East, Apartment 16B<br>North Bergen, NJ 07047 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Betty Davis | 7855 Boulevard East, Apartment 16B<br>North Bergen, NJ 07047 | Manager | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Leonor Davis | 4301 Kennedy Blvd.<br>North Bergen, NJ 07047 | | 100 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Davis | 120 Second Street<br>South Orange, NJ 07079 | | |

Debtor    __4312 Kennedy Blvd LLC__                                          Case number *(if known)*    _____

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | | | | James Davis refinanced mortgages on the Debtor's properties and upon information and belief used the proceeds to pay off non-debtor loans to AI Capital Partners LLC in the amount of $444,612, and caused to be funded escrows and reserve fees of approximately $290,000 additionally. |
| | James Davis<br>120 Second Street<br>South Orange, NJ 07079 | | On or about July 14, 2022 | |
| | Relationship to debtor | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    4312 Kennedy Blvd LLC                                                    Case number *(if known)*  _____

---

**Part 14:**   Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____6/5/23_____

X _____        **Betty Davis**_____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Betty Davis, Manager**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of New Jersey

In re   **4312 Kennedy Blvd LLC**                                      Case No. _____
                                    Debtor(s)                      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **59,000.00 Retainer** |
| Prior to the filing of this statement I have received | $ | **59,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:   *$39,388.34 was received for pre-petition services paid in the ordinary course

☐ Debtor   ■ Other (specify):   **Debtor - Based on infusion from Donna Davis, sister of Betty Davis, Manager**

3.  The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
   **a. Analysis of the Debtor's financial situation, and rendering advice to the debtor in determining whether to file a bankruptcy petition;**
   **b. Preparation and filing of any petition, schedules, statement of financial affairs and plan which may be required;**
   **c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof; and**
   **d. Other provisions as needed.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_6/5/23_____

_Date_

**Jay L. Lubetkin**
*Signature of Attorney*
**Rabinowitz, Lubetkin & Tully, LLC**
**293 Eisenhower Parkway**
**Suite 100**
**Livingston, NJ 07039**
**973-597-9100   Fax: 973-597-9119**
*Name of law firm*

# United States Bankruptcy Court
## District of New Jersey

In re    __4312 Kennedy Blvd LLC__ _____

_____ Debtor(s)

Case No. _____

Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Leonor Davis**<br>**4301 Kennedy Blvd.**<br>**North Bergen, NJ 07047** | | | **100% membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Betty Davis, Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __6/5/23__ _____

Signature    _____
Betty Davis

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of New Jersey**

In re   4312 Kennedy Blvd LLC _____

Debtor(s)

Case No. _____
Chapter      11 _____

## VERIFICATION OF CREDITOR MATRIX

I, the Betty Davis, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   6/5/23 _____

_____
**Betty Davis**/**Betty Davis, Manager**
Signer/Title

### United States Bankruptcy Court
#### District of New Jersey

In re   4312 Kennedy Blvd LLC
                                    Debtor(s)

Case No. _____
Chapter   11   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   4312 Kennedy Blvd LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 Leonor Davis

_____

☐ None [*Check if applicable*]

6/5/23
_____
Date

_____
Jay L. Lubetkin
Signature of Attorney or Litigant
Counsel for   4312 Kennedy Blvd LLC
Rabinowitz, Lubetkin & Tully, LLC
293 Eisenhower Parkway
Suite 100
Livingston, NJ 07039
973-597-9100 Fax:973-597-9119

A Plus Pest Management Inc.
559 Palisade Ave.
Jersey City, NJ 07307


AI Capital Partners LLC
3382 155th Street
Flushing, NY 11354


AI Capital Partners LLC
3382 155th Street
Flushing, NY 11354


AI Capital Partners LLC
3382 155th Street
Flushing, NY 11354


AI Capital Partners LLC
3382 155th Street
Flushing, NY 11354


Beracas Auto Repairs & Tires, LLC
121 41st Street
Apt. 2
Union City, NJ 07087


Carlos Luna
4312 Kennedy Blvd
Apartment 3
Union City, NJ 07087


Eamonn J. O'Hagan, Esq.
United States Attorney's Office - Newark
970 Broad Street
Room 700
Newark, NJ 07102-2534


Edwin T. Brondo, Jr., Esq.
Newman, Simpson & Cohen LLP
Court Plaza North
25 Main Street, 6th Floor
Hackensack, NJ 07601

Edwin T. Brondo, Jr., Esq.
Newman, Simpson & Cohen LLP
Court Plaza North
25 Main Street, 6th Floor
Hackensack, NJ 07601


Hidalgo Luviano
4314 Kennedy Blvd.
Apartment 1
Union City, NJ 07087


Hilaria
4312 Kennedy Blvd
Apartment 1
Union City, NJ 07087


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


James Davis
120 Second Street
South Orange, NJ 07079


James Davis
120 Second Street
South Orange, NJ 07079


James Davis
120 Second Street
South Orange, NJ 07079


Juan Carlos Ambrosio
4312 Kennedy Blvd
Apartment 2
Union City, NJ 07087


LaGlamerosa Events LLC
4312 Kennedy Blvd.
Union City, NJ 07087


Leonardo Espinosa
4314 Kennedy Blvd
Apartment 2
Union City, NJ 07087

Marta Pintle
4312 Kennedy Blvd
Union City, NJ 07087


Morales
4312 Kennedy Blvd
Apt. 5
Union City, NJ 07087


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625


New Jersey Division of Taxation
Compliance and Enforcement
3 John Fitch Way, 5th Floor
PO Box 245
Springfield, NJ 08695


North Hudson Sewerage Authority
1600 Adams St.
Hoboken, NJ 07030


North Hudson Sewerage Authority
1600 Adams St.
Hoboken, NJ 07030


North Hudson Sewerage Authority
1600 Adams St.
Hoboken, NJ 07030


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


Security Equipment Services
PO Box 1012
Union City, NJ 07087


Small Business Administration
PO Box 3918
Portland, OR 97208-3918

Small Business Administration
2 North 20th Street
Suite 320
Birmingham, AL 35203


State of New Jersey
Department of Community Affairs
PO Box 810
Trenton, NJ 08625


Union City Tax Collector
3715 Palisade Ave.
Union City, NJ 07087


Union City Tax Collector
3715 Palisade Ave.
Union City, NJ 07087


Union City Tax Collector
3715 Palisade Ave.
Union City, NJ 07087


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
Washington, DC 20044


Veolia
69 Devoe Pl
Hackensack, NJ 07601